■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANET LA CHANCE, Appellant.—Judgment of the Supreme Court, Queens County, rendered July 13, 1973, affirmed (cf. *People v Crimmins,* 36 NY2d 230). Rabin, Acting P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.